```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 04445
   HOWARD LAMAR MANTOOTH
   CYNTHIA S MANTOOTH                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5237    SSN XXX-XX-2220
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/20/06 and confirmed on 06/21/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 46950.49 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 33656.37 | .00 | 33656.37 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 258.06 | .00 | 258.06 |
| AMERICAN GENERAL FINANCE | SECURED | 4271.00 | 329.33 | 4271.00 |
| ADVENTIST HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1161.43 | .00 | 1161.43 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LADONE FAMILY DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIANS BILLING OFFIC | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 564.12 | .00 | 564.12 |
| RMCB | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SCOTTS LAWN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN CARDIOLOGI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 70.01 | .00 | 70.01 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 38185.43 | .00 | 1795.56 | .00 | 39980.99 |
| PRINCIPAL PAID | 38185.43 | .00 | 1795.56 | .00 | 39980.99 |

```
INTEREST PAID              329.33           .00           .00           .00         329.33
TOTAL PAID               38514.76           .00       1795.56           .00       40310.32
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $    225.00  direct and $   2775.00  through the plan.

The Trustee received $   1719.62 .

Refunds to the Debtor totaled $   2145.55 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 05/21/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 06 B 04445 HOWARD LAMAR MANTOOTH & CYNTHIA S MANTOOTH